UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:  ADRIAN GARLAND RIMES          CHAPTER 13
        SSN: xxx-xx-8496
        LAURIE A. RIMES
        SSN: xxx-xx-8920              CASE NO. 10-30043-JPS

        Debtors


## MOTION FOR MODIFICATION OF PLAN BEFORE CONFIRMATION

Debtors, under the authority of Section 1323 of the Bankruptcy Code, files this motion for modification of the Chapter 13 plan and respectfully shows:

1.

Debtors withdraw their Chapter 13 plan heretofore filed and substitute in lieu thereof a new plan to pay $345.50 twice a month. The modification is being filed for the following reasons:

a. Debtors modified plan to pay 100% plan due to equity in home.

A copy of the new plan is attached hereto.

2.

After notice and opportunity for objections, the new plan should become the debtor's plan.

**WHEREFORE**, Debtor prays that his motion for modification of plan be approved.

This 18th day of March 2010.


                                        /s/Lynne Perkins Brown
                                        Lynne Perkins-Brown
                                        Attorney for Debtor
                                        Ga. Bar No. 572285

P. O. Box 510
Madison, Ga. 30650
(706) 342-0345

UNITED STATES BANKRUPTCY COURT
Middle District of Georgia

DEBTOR **Adrian Garland Rimes**
**Laurie A Rimes**
SS# **xxx-xx-8496**
SS# **xxx-xx-8920**

* Chapter 13
* Case no.  **10-30043-JPS**

## MODIFIED CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s') employer) shall pay to the trustee the sum of **$345.50 twice a month**.

2. From the payments so received, the trustee shall make disbursements as follows:

(a) The trustee percentage fee as set by the United States Trustee.

(b) The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| NAME OF CREDITOR | MONTH OF FIRST PAYMENT UNDER PLAN | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| -NONE- | | |

(c) Pre confirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| American General Finance | $75.00 |

(d) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT AMOUNT |
|---|---|---|---|---|---|
| American General Finance | $13,075.45 | 15,712.50 | 6.00% | 2002 GMC Envoy value $8,437.50<br><br>2000 Ford F 250 value $6,925.00<br><br>2005 ATV value 350.00 | $307.00 |

(e) Attorney fees ordered pursuant to 11 U.S.C. §507(a)(2) of __2,500.00__ to be paid as follows:

| | MONTHLY PAYMENT AMOUNT |
|---|---|
| pay according to the administrative order | |

(f) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows:

| NAME OF CREDITOR | ESTIMATED AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL |
|---|---|---|---|---|
| -NONE- | | | | |

(g) The following collateral is surrendered to the creditor:

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
| -NONE- | |

(h) The following domestic support obligations will be paid over the life of the plan as follows: (These payments will / ~~will not~~ be made simultaneously with payment of the secured debt and ~~will~~ / will not include interest at the rate of ____%. Interest can only be included if the plan is proposing to pay all claims in full.)

| NAME OF CREDITOR | PAYMENT AMOUNT |
|---|---|
| -NONE- | |

(i) The following unsecured claims are classified to be paid at 100%. These payments ~~will~~ / will not be made simultaneously with payment of the secured debt:

**-NONE-**

(j) All other 11 U.S.C. § 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.

(k) The debtor(s) will be the disbursing agent on the following debts:

**American General Finance January 2010**

(l) Special provisions: Debtors will have the titles to their vehicles returned to them lien free by American General Finances upon completion of the plan.

(m) General unsecured creditors whose claims are duly proven and allowed will be paid:
   (1) **100** % dividend __.

Date **March 17, 2010**          Signature  **/s/ Adrian Garland Rimes**
                                             **Adrian Garland Rimes**
                                             Debtor

Date **March 17, 2010**          Signature  **/s/ Laurie A Rimes**
                                             **Laurie A Rimes**
                                             Joint Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE: ADRIAN GARLAND RIMES     CHAPTER 13
       SSN: xxx-xx-8496
       LAURIE A. RIMES
       SSN: xxx-xx-8920     CASE NO. 10-30043-JPS

       Debtors

## NOTICE OF TIME TO RESPOND TO MOTION

**PLEASE TAKE NOTE:** Adrian and Laurie Rimes HAVE FILED PAPERS WITH THE COURT FOR MODIFICATION OF THE CHAPTER 13 PLAN AND A COPY OF SAID PLAN BEING ATTACHED HERETO.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

IF YOU DO NOT WANT THE COURT TO GRANT THE MOTION FOR MODIFICATION OF THE DEBTORS PLAN, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE AN OBJECTION TO THE MODIFICATION WITH THE COURT SEVEN DAYS BEFORE THE HEARING ON CONFIRMATION WHICH WILL BE HELD ON **APRIL 13, 2010 AT 2:00 PM.**

IF YOU MAIL YOUR REQUEST TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** IT ON OR BEFORE THE DATE STATED ABOVE.

ANY OBJECTION TO MODIFICATION MUST ALSO BE MAILED TO THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION OR OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF

    Dated this 18th day of March 2010.

                                                          **/s/Lynne Perkins-Brown**
United States Bankruptcy Court         Attorney for Debtors/Movants
Box 1957                                         Lynne Perkins-Brown
Macon, GA 31202                         State Bar # 572285
478-752-3506

Lynne Perkins-Brown
P.O. Box 510
Madison, Georgia, 30650
706-342-0345

# CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing Motion to Modify Plan and Notice of Time to Respond to Modification of Plan before Confirmation to be served upon the Chapter 13 Trustee, P.O. Box 954 Macon GA, 31202 and the below listed parties by deposit of the documents in the United States mail with sufficient postage affixed for delivery.

SEE ATTACHED EXHIBIT "A"

This 18th day of March 2010.

/s/**Lynne Perkins-Brown**
Lynne Perkins-Brown
Attorney for Debtor
State Bar # 572285

P. O. Box 510
Madison, Georgia 30650
(706) 342-0345

Exhibit "A"

Accounts Recovery International, Inc
Re: St. Joseph's Hospital at East GA
1651 Community Rd
PO Box 673
Brunswick, GA 31521

American General Finance
PO Box 742536
Cincinnati, OH 45274

Athens Radiology Assoc.
485 Huntington Rd
Ste 280
Athens, GA 30606

Med Central Services
PO Box 2256
Brunswick, GA 31521

Citibank (South Dakota) NA
PO Box 6241
Sioux Falls, SD 57117-6241

CitiCards
PO Box 70083
Dallas, TX 28272

Crowe & Associates MDS
75 N Lumpkin St
Athens, GA 30603-1510

Creditors Alliance
(f/k/a Cardiac Disease Specialists)
PO Box 288
Bloomington, IL 47402

USA
Re: St. Mary's Health Care Systems Inc
PO Box 8048
Athens, GA 30603

Dr. Richard Franks
931 Parkside Commons
Suite 103
Greensboro, GA 30642

Durham Vet Clinic
1991 Old Calumet Rd
Greensboro, GA 30642

Lost Accnt Collections
Re: Anesthesia Consultants of Athens
PO Box 198988
187 James Robertson Pkwy
Nashville, TN 37219

Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500

Core Dysart
PO Box 508
McLean, VA 18354

Law Offices of James A. Burgee PC
Attorney At Law
4931 Olde Towne Parkway
Suite 303
Marietta, GA 30068

Greensboro, NC 29603

Minnie G. Boswell Hospital
1201 Siloam Rd
Greensboro, GA 30642

Re: Parkview General Hospital
275 N Keyser Ave
Scranton, PA 18501

NCO Financial Systems, Inc
Re: Athens Primary Care Physicians SE
PO Box 15322
Wilmington, DE 19850

Piedmont Heart Institute
PO Box 102761
Atlanta, GA 30368

Piedmont Hospital, Inc
1968 Peachtree Road NW
Atlanta, GA 30309

Resource Radiology PC
PO Box 11265
Birmingham, AL 35202

St Joseph's Hospital
1201 Siloam Rd
Greensboro, GA 30642

St. Mary's Health Care Systems Inc
Medical ONE
Athens, GA 30603

Zoll Lifecor Corp
PO Box 643523
Pittsburgh, PA 15264